MINNEAPOLIS AND ST. LOUIS RAILWAY COMPANY, Plaintiff in Error, *v.* NELSON. Error to the Supreme Court of the State of Minnesota. No. 241. Submitted April 21, 1893. Decided May 10, 1893. MR. JUSTICE FIELD. The facts in this case are similar to those in the case just decided, and by stipulation is to be disposed of in the same way. Judgment is accordingly

*Affirmed.*